IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2057

MARGARET CONKLIN-PETERS,

     Appellant,

v.

BANK OF AMERICA, N.A.,

     Appellee.

_____/

Opinion filed January 5, 2016.

An appeal from the Circuit Court for Lafayette County.
Darren K. Jackson, Judge.

Margaret Conklin-Peters, pro se, Appellant.

Mary J. Walter of Liebler Gonzalez & Portuondo, Miami, for Appellee.

PER CURIAM.

     AFFIRMED.

WETHERELL, ROWE, and RAY, JJ., CONCUR.